IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

*RECEIVED AND FILED
CIRCUIT COURT OF
ST LOUIS COUNTY*

*13 MAY 22 PM 4: 01*

*JOAN M GILMER
CIRCUIT CLERK*

| | |
|---|---|
| AMON WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No: 13SL-CC01401 |
| vs. | ) |
| | ) |
| HEATHER WRIGHT, CITY OF | ) |
| HAZELWOOD, MISSOURI, BRADLEY | ) |
| BEEMAN, GEORGE ERVIN, BRITTANY | ) |
| RICHARDSON, KEVIN ROBERTS, | ) |
| EVELIO VALDESPINO, JOHN DOE 1, AND) | |
| THE CITY OF BERKELEY, MISSOURI, | ) |
| | ) **JURY DEMAND REQUESTED** |
| Defendants. | ) |

## *NOTICE OF FILING NOTICE OF REMOVAL*

TO:   CLERK OF THE COURT AND THE ABOVE NAMED PLAINTIFF AND THEIR

ATTORNEYS OF RECORD.

You are hereby notified that defendants have filed in the United States District Court for

the Eastern District of Missouri, Eastern Division, a Notice of Removal, a copy of which is

attached hereto.

Peter J. Dunne  #31482
Robert T. Plunkert   #62064
PITZER SNODGRASS, P.C.
Attorney for Defendants Wright and Hazelwood
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email: dunne@pspclaw.com
Email: plunkert@pspclaw.com

{00948176.DOCX;1}

A copy of the foregoing was hand-delivered to the Clerk of the Circuit Court of St. Louis County, this 22nd day of May, 2013 and mailed to the following: **Thomas P. Germeroth** Attorneys for Plaintiff, 7730 Carondelet, Suite 310, Clayton, MO 63105.

*Margaret Hoy*

2



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 | |
|---|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 | |
| vs. | | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: KEVIN ROBERTS<br>Alias:<br><br>5850 NORTH HANLEY ROAD<br>BERKELEY, MO 63134 | |

O Bausch

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

03-MAY-2013
Date                                          Clerk

*ST. LOUIS COUNTY*

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ROCHELLE THOMAS (name) BPD CLERK #506 (title).

☐ other _____

Served at 5850 N HANLEY (address)

in ST LOUIS (County/City of St. Louis), MO, on 5-6-13 (date) at 1115 (time).

JERRY BONSELL
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                                          Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 | |
| Mileage | $ _____ ( _____ miles @ $ . _____ per mile) | MAY 03 2013 |
| Total | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

5-40



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  13SL-CC01401 |
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  EVELIO VALDESPINO
**Alias:**

5850 NORTH HANLEY ROAD
BERKELEY, MO 63134    *G Bncis/r*

*COURT SEAL OF*

*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
_____
Date

_____
Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
*ROCHELLE THOMAS* (name) *BPD CLERK* (title).

☐ other

Served at *5850 N HANLEY* (address)
in *ST LOUIS* (County/City of St. Louis), MO, on *5-7-13* (date) at *1115* (time).

*JERRY BENSON* _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                Date                                Notary Public

*(Seal)*

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $ ._____ per mile) |
| Total | $_____ |

MAY 03 2013

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only: Document Id # 13-SMCC-5013*          1 of 1          Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:** BRADLEY BEEMAN<br>**Alias:**<br><br>5850 NORTH HANLEY ROAD<br>BERKELEY, MO 63134 | |

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
Date

_____
Clerk

*ST. LOUIS COUNTY*

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
ROCHELLE THOMAS (name) BPD CLERK (title).

☐ other _____

Served at 5850 N HANLEY (address)
in ST LOUIS (County/City of St. Louis), MO, on 5-7-13 (date) at 1115 (time).

JERRY BAUSCH _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)          Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date                    Notary Public

### Sheriff's Fees, if applicable

| | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $ . _____ per mile) |
| Total | $ _____ |

MAY 03 2013

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



534

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:** GEORGE ERVIN<br>Alias: | |
| **5850 NORTH HANLEY ROAD**<br>**BERKELEY, MO 63134** | |

**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
_____
Date

_____
Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ROCHELLE THOMAS (name) BPD CLERK P-836 (title).

☐ other _____

Served at 5850 N HANLEY RD (address)

in ST LOUIS (County/City of St. Louis), MO, on 5-7-13 (date) at 1115 (time).

JERRY RAUSCH
_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

My commission expires: _____ _____
Date                          Notary Public

(Seal)

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ (_____ miles @ $ . _____ per mile) |
| Total | $ _____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

MAY 03 2013





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  13SL-CC01401 |
|---|---|
| Plaintiff's/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE |
| Nature of Suit:<br>CC Pers Injury-Other | CLAYTON, MO  63105<br>(Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to: BRITTANY RICHARDSON**<br>Alias: *G Brantly* | |
| 5850 NORTH HANLEY ROAD<br>BERKELEY, MO  63134 | |

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
Date

_____ Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to *ROCHELLE THOMAS* (name) *B.P.D Clerk #806* (title).

☐ other

Served at *5850 N HANLEY* (address)

in *ST LOUIS* (County/City of St. Louis), MO, on *5-7-13* (date) at *1115* (time).

*JERRY BOWEN*
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

| *(Seal)* | Subscribed and sworn to before me on _____ (date). |
|---|---|
| | My commission expires: _____ _____ |
| | Date     Notary Public |

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | MAY 03 2013 |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:** HEATHER WRIGHT

415 ELM GROVE LN
HAZELWOOD, MO 63042

Alias:

*COURT SEAL OF*

*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of
which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the
above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to
file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
Date

_____
Clerk

Further Information:
TLC

#### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
James Hudanick (name) Police Captain (title).

☐ other _____

Served at 415 Elm Grove Ln, 63042 (address)

in St. Louis (County/City of St. Louis), MO, on 5-7-13 (date) at 7:59 (time).

Scott Kiefer                          Scott Kiefer
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                        Date                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

MAY 03 2013

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of
suits, see Supreme Court Rule 54.

516



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  CITY OF HAZELWOOD MISSOURI

Alias:

**SERVE EDWIN CARLSTROM, CITY MANAGER**
**1186 TESON ROAD**
**HAZELWOOD MO 63042**

*COURT SEAL OF*

         You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
Date                                                    _____
                                                                    Clerk

*ST. LOUIS COUNTY*

Further Information:
TLC

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

Kim White _____ (name) Human Resources Assistant (title).

☐ other _____

Served at 415 Elm Grove Ln, 63042 _____ (address)

in St. Louis (County/City of St. Louis), MO, on 5-7-13 (date) at 8:05 (time).

Scott Kiefer _____          Scott Kiefer
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                         Date                              Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | MAY 03 2013 |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ _____ ( ____ miles @ $ . _____ per mile) | |
| Total | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  13SL-CC01401 |
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  BRADLEY BEEMAN
                           Alias:

5850 NORTH HANLEY ROAD
BERKELEY, MO 63134

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

03-MAY-2013
Date

*ST. LOUIS COUNTY*

_____ Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
                          Date                         Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $ _____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  CITY OF HAZELWOOD MISSOURI
Alias:

*COURT SEAL OF*

*ST. LOUIS COUNTY*

SERVE EDWIN CARLSTROM, CITY
MANAGER
1186 TESON ROAD
HAZELWOOD MO 63042

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
Date                                                   Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                   Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                    Date                                   Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ | 10.00 |
| Mileage | $ | (_____ miles @ $ ._____ per mile) |
| Total | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff's/Petitioner:<br>AMON WEST<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE |
| Nature of Suit:<br>CC Pers Injury-Other | CLAYTON, MO 63105                    (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: HEATHER WRIGHT
    Alias:

415 ELM GROVE LN
HAZELWOOD, MO 63042

*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>03-MAY-2013</u>
Date
                                 Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*    Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____
                               Date                        Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ | 10.00 |
| Mileage | $ | (_____ miles @ $ ._____ per mile) |
| Total | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **GEORGE ERVIN**
                           **Alias:**

5850 NORTH HANLEY ROAD
BERKELEY, MO 63134

*COURT SEAL OF*

          You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*ST. LOUIS COUNTY*

<u>03-MAY-2013</u>
Date

_____
Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____       _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

         **Must be sworn before a notary public if not served by an authorized officer:**

         Subscribed and sworn to before me on _____ (date).

*(Seal)*

         My commission expires: _____
                        Date                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | (____ miles @ $ ._____ per mile) |
| Total | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  13SL-CC01401 |
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **BRITTANY RICHARDSON**
Alias:

5850 NORTH HANLEY ROAD
BERKELEY, MO  63134

*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>03-MAY-2013</u>
Date

_____ Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                              Signature of Sheriff or Server

        **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

        My commission expires: _____          _____
                                                        Date                                              Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $      10.00 | |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) | |
| Total | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

 **IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  KEVIN ROBERTS
                          Alias:

5850 NORTH HANLEY ROAD
BERKELEY, MO 63134

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>03-MAY-2013</u>
Date                                                                                    Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                                    _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____                    _____
                              Date                                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $  10.00 | |
| Mileage | $_____ | (_____ miles @ $ _____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO  63105 |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

*vs.* appears between Plaintiff and Defendant sections.

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: EVELIO VALDESPINO<br>Alias:<br><br>5850 NORTH HANLEY ROAD<br>BERKELEY, MO 63134 | |

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

03-MAY-2013
Date

_____
Clerk

Further Information:
TLC

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____

_____              _____
Date                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

# SUMMONS

RECEIVED & FILED
CIRCUIT COURT OF
ST. LOUIS COUNTY

IN THE CIRCUIT COURT OF ST LOUIS COUNTY

2013 APR 29  PM 3:48     STATE OF MISSOURI

JOAN M. GILMER
AMON WEST    CIRCUIT CLERK

   Plaintiff,

v.                                              Cause No.: 13SL-CC01401

                                                Division No. 19

HEATHER WRIGHT, Individually and in
her official capacity for acts done under color
of state law in conjunction with police
officers of the City of Hazelwood, Missouri

Serve: 415 Elm Grove Ln
Hazelwood, MO 63042

and,

CITY OF HAZELWOOD, MISSOURI

Serve: Edwin Carlstrom
1186 Teson Rd.
Hazelwood, MO 63042

And,

BRADLEY BEEMAN, Individually and in
his official capacity for acts done under color
of state law in his capacity as a police officer
for the Berkeley Police Department,

  Serve:  5850 North Hanley Road
           Berkeley, MO  63134

and,

GEORGE ERVIN, Individually and in his
official capacity for acts done under color of
state law in his capacity as a police officer
for the Berkeley Police Department,

{497863 / 110089}

Pd. $324.00 for 9 Services w/cK #24452 Rec #21SL21L466  5/1/13 D.M

Serve:  5850 North Hanley Road
        Berkeley, MO  63134


and,


BRITTANY RICHARDSON, Individually
and in his official capacity for acts done
under color of state law in his capacity as a
police officer for the Berkeley Police
Department,

Serve:  5850 North Hanley Road
        Berkeley, MO  63134


and,

KEVIN ROBERTS, Individually and in his
official capacity for acts done under color of
state law in his capacity as a police officer
for the Berkeley Police Department,

Serve:  5850 North Hanley Road
        Berkeley, MO  63134


and,

EVELIO VALDESPINO, Individually and in
his official capacity for acts done under color
of state law in his capacity as a police officer
for the Berkeley Police Department,

Serve:  5850 North Hanley Road
        Berkeley, MO  63134


and,


{497863 / 110089}

JOHN DOE I, Individually and in his official
capacity for acts done under color of state
law in his capacity as a police officer for the
City of Hazelwood, Missouri,

and,

THE CITY OF BERKELEY, MISSOURI

Serve: The Honorable Theodore Hoskins
        8425 Airport Road
        Berkeley, MO  63134

    Defendants.

## MEMORANDUM FOR CLERK

Enclosed please find, for filing on behalf of Plaintiff

$324.00

1.    $216.00 Summons Fee for Sherriff
2.    First Amended Petition

SUMMONS ORDERED TO ISSUE for service upon Defendant City of
Berkeley

The Honorable Theodore Hoskins
8425 Airport Road
Berkeley, Missouri 63134

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO
SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

SUMMONS ORDERED TO ISSUE for service upon Defendant

Bradley Beeman
5850 North Hanley Road
Berkeley, Missouri 63134

{497863 / 110089}

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

SUMMONS ORDERED TO ISSUE for service upon Defendant City of Hazelwood.

Edwin Carlstrom, City Manager
1186 Teson Road
Hazelwood, Missouri 63042

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT

SUMMONS ORDERED TO ISSUE for service upon defendant.

Heather Wright
415 Elm Grove Lane
Hazelwood, Missouri 63042

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

SUMMONS ORDERED TO ISSUE for service upon Defendant

George Ervin
5850 North Hanley Road
Berkeley, Missouri 63134

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

SUMMONS ORDERED TO ISSUE for service upon Defendant

Brittany Richardson
5850 North Hanley Road
Berkeley, Missouri 63134

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

SUMMONS ORDERED TO ISSUE for service upon Defendant

{497863 / 110089}

Kevin Roberts
5850 North Hanley Road
Berkeley, Missouri 63134

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO
SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

SUMMONS ORDERED TO ISSUE for service upon Defendant

Evelio Valdespino
5850 North Hanley Road
Berkeley, Missouri 63134

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO
SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

Respectfully submitted,

KOLKER & GERMEROTH, LLC

By
Thomas P. Germeroth, #47611
7730 Carondelet Avenue, Ste310
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

Attorney for Plaintiff

{497863 / 110089}

R E C E I P T
- - - - - - - - - - - - -

21st Circuit LIVE Database

Receipt Number: 21SL2126466
Date: 01-MAY-2013
Cashier: MACOMDIS

Payor:   THOMAS PHILLIP GERMEROTH

ID: 47611

Address: SUITE 310
         7730 CARONDELET
         CLAYTON, MO  63105

Court:     21st Judicial Circuit
Case Type: CC Pers Injury-Other
Location:  St Louis County
Case Judge: GLORIA CLARK RENO

First Charge on Case:
Violation/Docket             Description                              Amount
- - - - - - - - - - - - - - - - -  - - - - - - - - - - - - - - - - - - - - -  - - - - - - - - - - -
Case: 13SL-CC01401 - AMON WEST V CITY OF HAZELWOOD MISSOURI ETAL
Party: THOMAS PHILLIP GERMEROTH
                             Sheriff-Civil                           234.00
                             Sheriff Deputy Salary Supp               90.00

                             Check #24452                           -324.00
_____

                                        Total Fees:                  324.00

                                    Total Payment:                   324.00

                                      Balance Due:                     0.00

Next Scheduled Event:
Judge for Event:
Location of Event:

Receipt Text:

NOTE: Case information shown on receipt is current as of the date printed.



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: | Case Number: 13SL-CC01401 |
|---|---|
| GLORIA CLARK RENO | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| AMON WEST | THOMAS PHILLIP GERMEROTH |
| | SUITE 310 |
| | 7730 CARONDELET |
| | CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent: | Court Address: |
| CITY OF HAZELWOOD MISSOURI | ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit: | 7900 CARONDELET AVE |
| CC Pers Injury-Other | CLAYTON, MO 63105 |
| | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: HEATHER WRIGHT
Alias:

415 ELM GROVE LN
HAZELWOOD, MO 63042

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

25-APR-2013
Date

_____
Clerk

Further Information:
JMC

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____

Served at  415 Elm Grove Ln, 63042 _____ (address)

in  St. Louis  (County/City of St. Louis), MO, on  4-29-13  (date) at  9:34  (time).

Scott Kiefer _____    Scott Kiefer _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                              Date                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

APR 25 2013

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI



| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CITY OF HAZELWOOD MISSOURI

**Alias:**

EDWIN CARLSTROM
1186 TESON RD
HAZELWOOD, MO 63042

*COURT SEAL OF*

*ST. LOUIS COUNTY*

  You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

25-APR-2013
Date                                                                     Clerk

Further Information:
JMC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent. Cindy, Admin Asst to city manager

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____

Served at 415 Elm Grove Ln, 63042 (address)

in St. Louis (County/City of St. Louis), MO, on 4-29-13 (date) at 9:29 (time).

Scott Kiefer
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                                      Date                                      Notary Public

### Sheriff's Fees, if applicable

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $ ._____ per mile) |
| Total | $_____ |

APR 25 2013

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document Id # 13-SMCC-4686**      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

BY LEAVE

IN THE CIRCUIT COURT OF ST LOUIS COUNTY
STATE OF MISSOURI

13 APR 26 PM 1:39

AMON WEST

    Plaintiff,

v.

Cause No.: 13SL-CC01401

Division No. 19

HEATHER WRIGHT, Individually and in
her official capacity for acts done under color
of state law in conjunction with police
officers of the City of Hazelwood, Missouri

    and,

CITY OF HAZELWOOD, MISSOURI

    And,

BRADLEY BEEMAN, Individually and in
his official capacity for acts done under color
of state law in his capacity as a police officer
for the Berkeley Police Department,

    Serve: 5850 North Hanley Road
           Berkeley, MO 63134

    and,

GEORGE ERVIN, Individually and in his
official capacity for acts done under color of
state law in his capacity as a police officer
for the Berkeley Police Department,

    Serve: 5850 North Hanley Road
           Berkeley, MO 63134

    and,

So Ordered
_____ C. _____
4/29/2013

{497483 / 110089}

1

8  BRITTANY RICHARDSON, Individually
   and in his official capacity for acts done
   under color of state law in his capacity as a
   police officer for the Berkeley Police
   Department,

   Serve: 5850 North Hanley Road
          Berkeley, MO 63134


   and,

9  KEVIN ROBERTS, Individually and in his
   official capacity for acts done under color of
   state law in his capacity as a police officer
   for the Berkeley Police Department,

   Serve: 5850 North Hanley Road
          Berkeley, MO 63134



   and,

10  EVELIO VALDESPINO, Individually and in
   his official capacity for acts done under color
   of state law in his capacity as a police officer
   for the Berkeley Police Department,

   Serve: 5850 North Hanley Road
          Berkeley, MO 63134



   and,

11  JOHN DOE I, Individually and in his official
   capacity for acts done under color of state
   law in his capacity as a police officer for the
   City of Hazelwood, Missouri,



   and,

THE CITY OF BERKELEY, MISSOURI

Serve:  The Honorable Theodore Hoskins
        8425 Airport Road
        Berkeley, MO  63134

    Defendants.

## FIRST AMENDED PETITION

COMES NOW Plaintiff, by and through counsel, and for his First

Amended Petition against Defendants, states as follows:

1.      This Court has personal jurisdiction over Defendants, as

Defendants are residents and citizens of political subdivisions of the State of

Missouri.

2.      This action is brought for damages under 42 U.S.C. §1983 in

regards to violations by Defendants of rights secured by Plaintiff by the

Fourth and Fourteenth Amendments to the United States Constitution.

Attorney's fees and costs are sought pursuant to 42 U.S.C. §1988.

3.      Defendant City of Hazelwood, ("Hazelwood") is a municipality

incorporated under the laws of the State of Missouri.

4.      Defendant City of Berkeley, ("Berkeley") is a municipality

incorporated under the laws of the State of Missouri.

5.      Defendant Bradley Beeman was a duly appointed and acting officer of the City of Berkeley Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Berkeley, Missouri.

6.      Defendant George Ervin was a duly appointed and acting officer of the City of Berkeley Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Berkeley, Missouri.

7.      Defendant Brittany Richardson was a duly appointed and acting officer of the City of Berkeley Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Berkeley, Missouri.

8.      Defendant Kevin Roberts was a duly appointed and acting officer of the City of Berkeley Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Berkeley, Missouri.

9.      Defendant Evelio Valdespino was a duly appointed and acting officer of the City of Berkeley Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Berkeley, Missouri.

10.     Defendant Brittany Richardson was a duly appointed and acting officer of the City of Berkeley Police Department, acting under color of law, to

wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Berkeley, Missouri.

11.     Defendant John Doe I was a duly appointed and acting officer of the City of Berkeley Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Berkeley, Missouri.

12.     Defendant Heather Wright was a duly appointed and acting officer of the City of Hazelwood Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Hazelwood, Missouri.

13.     At all times pertinent herein, Defendant City of Hazelwood, Missouri acted by and through its policymakers and agents and acted under color of law in all respects herein.

14.     At all times pertinent herein, Defendant City of Hazelwood, Missouri operated, supervised, controlled, and managed the City of Hazelwood Police Department, and Heather Wright.

15.     At all times pertinent herein, Defendant City of Berkeley, Missouri acted by and through its policymakers and agents and acted under color of law in all respects herein.

16.     At all times pertinent herein, Defendant City of Berkeley, Missouri operated, supervised, controlled, and managed the City of Berkeley

Police Department, and Bradley Beeman, George Ervin, Brittney Richardson, Kim Roberts, and Evelio Valdespino.

17.     Defendants Bradley Beeman, George Ervin, Brittney Richardson, Kim Roberts, Evelio Valdespino, and Heather Wright are being sued in both their official and individual capacities for damages.

18.     Plaintiff Amon West is a resident of St. Louis County, Missouri.

19.     Plaintiff is suing the City of Hazelwood and the City of Berkeley, Missouri, for violations of his constitutional rights committed by police officers and agents of the City of Hazelwood, and the City of Berkeley acting under color of state laws, statutes, ordinances, policies, regulations, customs, and procedures of the State of Missouri and the Cities of Hazelwood and Berkeley, Missouri.

20.     Defendants Counterman and Wright are being sued in their individual capacities, as well as scope of their employment, servitude, and/or agency as police officers with the City of Hazelwood, Missouri.

21.     Defendants Bradley Beeman, George Ervin, Brittney Richardson, Kim Roberts, Evelio Valdespino are being sued in their individual capacities, as well as scope of their employment, servitude, and/or agency as police officers with the City of Berkeley, Missouri.

22.     Plaintiff demands a trial by jury.

30.    The force used against Plaintiff was unnecessary, unreasonable and excessive.

31.    Plaintiff was then taken to DePaul Hospital where he was in coma and was diagnosed with severe close-head injury, facial fractures rendering him blind in his left eye.

32.    At the time Plaintiff was assaulted and attacked with excessive force, he was fully restrained with handcuffs and was not a safety threat to himself or others, or disorderly.

33.    At all times during the events described above, the Defendant police officers engaged in a joint venture. The individual officers assisted each other performing the various actions described and lent their physical presence in support and authority of their office to each other during the said events.

34.    As a result of said acts by the defendant officers, Plaintiff suffered the following injuries and damages:

a. Violation of his constitutional rights under the Fourth and Fourteenth Amendments of the United States Constitution to be free from excessive and unnecessary force, and to be free from unnecessary search and seizure of his person;

b. Loss of his physical liberty;

c. Physical pain and suffering and emotional trauma and suffering, requiring expenditure of money for his treatment.

35.    The actions of Defendant officers violated the following clearly-established and well-settled constitutional rights of Plaintiff.

a. Freedom from unreasonable search and seizure of his person;

b. Freedom from the use of excessive, unreasonable and unjustified force against his person.

## COUNT I

### (42 U.S.C. § 1983, Against Individual Defendants)

36.    Plaintiff hereby incorporates paragraphs 1-35 as if stated herein.

37.    Plaintiff claims damages for injuries set forth under 42 U.S.C §1983 against Defendants Beeman, Ervin, Richardson, Roberts, Valdespino and Wright for violation of his constitutional rights under cover of law.

WHEREFORE, Plaintiff prays for judgment against defendants Bradley Beeman, George Ervin, Brittney Richardson, Kim Roberts, Evelio Valdespino and Heather Wright. Actual and compensatory damages in the amounts to be determined by a jury that is fair and reasonable, in excess of $25,000.00, and for reasonable attorney's fees pursuant to 42 U.S.C. §1988, as well as costs and other relief being just and proper under the circumstances.

## COUNT II

### (Assault and Battery Against Individual Defendants)

38.     Plaintiff hereby incorporates paragraphs 1-35 as if set forth fully herein.

39.     Defendants Beeman, Ervin, Richardson, Roberts, Valdespino, Wright, and Counterman assaulted and battered Plaintiff. As a result of this assault and battery, Plaintiff suffered damages as set forth herein.

WHEREFORE, Plaintiff prays for judgment against defendants Bradley Beeman, George Ervin, Brittney Richardson, Kim Roberts, Evelio Valdespino, Heather Wright, and Ryan Counterman. Actual and compensatory damages in the amounts to be determined by a jury that is fair and reasonable, in excess of $25,000.00, as well as costs and other relief being just and proper under the circumstances.

## COUNT III

### (42 U.S.C. § 1983, Against The City of Hazelwood)

40.     Plaintiff hereby incorporates paragraphs 1-35 as if set forth fully herein.

41.     Prior to April 27, 2011, the City of Hazelwood developed and maintained policies or customs exhibiting deliberate indifference to the

constitutional rights of persons in Hazelwood, which caused the violation of Plaintiff's rights.

42.     It was the policy and/or customs to inadequately and improperly investigate citizen complaints of police misconduct, acts of misconduct were instead tolerated by the City of Hazelwood.

43.     It was the policy and/or custom of the City of Hazelwood to inadequately train and supervise its police officers, including the Defendant officers, thereby failing to adequately discourage further constitutional violations on the part of its police officers. The City of Hazelwood did not require appropriate in-service training or re-training of officers who were known to have engaged in police misconduct.

44.     As a result of the above-described policies and customs, police officers of the City of Hazelwood, including the Defendant officers, believed their actions would not be properly monitored by supervising officers and the misconduct would not be investigated or sanctioned, but would be tolerated.

45.     The above-described policies and customs demonstrated a deliberate indifference on the part of the policy makers of the City of Hazelwood to the constitutional rights of persons within the City of Hazelwood and were the cause of violations of Plaintiff's rights alleged herein.

WHEREFORE, Plaintiff prays for judgment against defendant City of Hazelwood. Actual and compensatory damages in the amounts to be

determined by a jury that is fair and reasonable, in excess of $25,000.00, and for reasonable attorney's fees pursuant to 42 U.S.C. §1988, as well as costs and other relief being just and proper under the circumstances.

## COUNT IV

### (42 U.S.C. § 1983, Against The City of Berkeley)

46.   Plaintiff hereby incorporates paragraphs 1-38 as if set forth fully herein.

47.   Prior to April 27, 2011 the City of Hazelwood developed and maintained policies or customs exhibiting deliberate indifference to the constitutional rights of persons in Berkeley, which caused the violation of Plaintiff's rights.

48.   It was the policy and/or customs to inadequately and improperly investigate citizen complaints of police misconduct, acts of misconduct were instead tolerated by the City of Berkeley.

49.   It was the policy and/or custom of the City of Berkeley to inadequately train and supervise its police officers, including the Defendant officers, thereby failing to adequately discourage further constitutional violations on the part of its police officers. The City of Berkeley did not require appropriate in-service training or re-training of officers who were known to have engaged in police misconduct.

50.    As a result of the above-described policies and customs, police officers of the City of Berkeley, including the Defendant officers, believed their actions would not be properly monitored by supervising officers and the misconduct would not be investigated or sanctioned, but would be tolerated.

51.    The above-described policies and customs demonstrated a deliberate indifference on the part of the policy makers of the City of Berkeley to the constitutional rights of persons within the City of Berkeley and were the cause of violations of Plaintiff's rights alleged herein.

WHEREFORE, Plaintiff prays for judgment against defendant City of Berkeley. Actual and compensatory damages in the amounts to be determined by a jury that is fair and reasonable, in excess of $25,000.00, and for reasonable attorney's fees pursuant to 42 U.S.C. §1988, as well as costs and other relief being just and proper under the circumstances.

Respectfully submitted,
KOLKER & GERMEROTH, LLC

THOMAS P. GERMEROTH, #47611
7730 Carondelet, Suite 310
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
Attorneys for Plaintiff

{497483 / 110089}                    13



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff's/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs.<br>Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CITY OF HAZELWOOD MISSOURI
                          **Alias:**

EDWIN CARLSTROM
1186 TESON RD
HAZELWOOD, MO 63042

*COURT SEAL OF*

*ST. LOUIS COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

25-APR-2013                            _____
Date                                                      Clerk

Further Information:
JMC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                          Date                          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (____ miles @ $ .____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 13SL-CC01401 |
|---|---|
| Plaintiff/Petitioner:<br>AMON WEST | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS PHILLIP GERMEROTH<br>SUITE 310<br>7730 CARONDELET<br>CLAYTON, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>CITY OF HAZELWOOD MISSOURI | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>7900 CARONDELET AVE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: HEATHER WRIGHT
Alias:

415 ELM GROVE LN
HAZELWOOD, MO 63042

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

25-APR-2013
Date

_____ Clerk

Further Information:
JMC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ (____ miles @ $ ._____ per mile) |
| Total | $ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

Plaintiff(s) _West_

vs.

Defendant(s) _City of Hazelwood_

Date _4-22-13_

Case Number _13SL-CC01401_

Division _Div 19_

For File Stamp Only

## SUBPOENA FOR TAKING DEPOSITION*

[FOR USE PURSUANT TO RULES 57.09 & 58.02 IN AN ACTION PENDING IN THE CIRCUIT COURT OF ST. LOUIS COUNTY]

THE STATE OF MISSOURI to: _Custodian of Records_
_City of Berkeley Police Dept._
_5850 N. Hanley Rd._
_Berkeley, MO 63134_

YOU ARE HEREBY COMMANDED TO:

☑ APPEAR at the following place on the date and at the time indicated below:

Place of deposition: _Law office of Kolker & Hermeroth, LLC_
_7730 Carondelet Ave. Suite 310_
_Clayton, Missouri 63105_

Date of deposition: _4-24-2013_
Time of deposition: _10:00 a.m._

☐ CONTACT _____ (name) or _____ (telephone) who will advise of the place to appear.

☐ On behalf of _____

☐ To give testimony in the above cause pending in the Circuit Court of St. Louis County.

☑ To produce the following books, papers, documents, or tangible things:** _____
_Call for Service Report # 8819_

**SPECIAL NEEDS:** If you have special needs addressed by the Americans with Disabilities Act, please notify the party in whose office you are to appear for the deposition

WITNESS, Joan M. Gilmer, Clerk of the Circuit Court, with the seal thereof hereto affixed, at Clayton, in the County of St. Louis, this _22_ day of _April_, 201_3_.

_Joan M. Gilmer_

JOAN M. GILMER, Circuit Clerk

* For depositions attach a list of all attorneys of record and self-represented parties. Include the name, address and telephone number.
** With the agreement of all parties, the non-party may be excused from appearance at the location specified for document production and may produce the subpoenaed items to the party responsible for issuance and service of the subpoena, who shall then offer to all other parties the opportunity to inspect or copy the subpoenaed items. The party responsible for issuance and service of the subpoena is responsible for obtaining the agreement of all parties and advising the non-party in writing of the agreement, with a copy to all attorneys of record and self-represented parties. Absent such an agreement, the subpoenaed items shall only be produced at the place, date and time specified by the subpoena for all parties to inspect or copy.

CCCDT37   Rev 06/12

_Gleana Smith_

# AFFIDAVIT OF PROCESS SERVER

## Circuit Court          County of Saint Louis          State of Missouri

**West**

Plaintiff

vs.

**City of Hazelwood**

Defendant

**Attorney:**

SCOTT KOLKER
7730 CARONDELET SUITE 110
CLAYTON, MO. 63105

**FILED**

APR 2 4 2013

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

**Case Number:** 13SL-CC01401

**Court / Appearance Date:** 04-24-2013
**Court Time:** 10:00 am

Legal documents received by Pro-Serve on April 22nd, 2013 at : to be served upon **City of Berkeley Police Department, Custodian of Records at 5850 N. Hanley Road, Clayton, MO. 63105**

I, Jen Toler, swear and affirm that on **April 22nd, 2013 at 3:22 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUBPOENA FOR TAKING DEPOSITION** to **Glenna Smith** as **Administration** of the within named corporation. The completion date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5"7   Weight: 160   Skin Color: Black   Hair Color: Black   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

**Jen Toler**
Process Server

**Pro-Serve**
**6614 Clayton Rd. Suite #311**
**St. Louis, MO 63117**

**(314) 961-2222**

Internal Job ID: 2013002191

Reference Number:

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.



# IN THE CIRCUIT COURT OF ST LOUIS COUNTY
## STATE OF MISSOURI

13SL-CC01401

AMON WEST,

   Plaintiff,

  v.

CITY OF HAZELWOOD,

Serve: Edwin Carlstrom
1186 Teson Rd.
Hazelwood, MO 63042

and

HEATHER WRIGHT

Serve: 415 Elm Grove Ln
Hazelwood, MO 63042

   Defendants.

Cause Number:

Division:

**JURY TRIAL DEMANDED**



## MEMORANDUM FOR CLERK

Enclosed please find, for filing on behalf of Plaintiff:

1.  Civil Cover Sheet
2.  $97.00 Filing Fee, $36.00 Summons fee for Defendant City of Hazelwood, $36.00 Summons fee for Defendant Heather Wright
3.  Plaintiff's Petition

SUMMONS ORDERED TO ISSUE for service upon defendant City of Hazelwood.

Edwin Carlstrom, City Manager
1186 Teson Road
Hazelwood, Missouri 63042

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

{497765 / 110089}

SUMMONS ORDERED TO ISSUE for service upon defendant.

Heather Wright
415 Elm Grove Lane
Hazelwood, Missouri 63042

PLAINTIFF REQUEST THAT SUMMONS BE FORWARDED TO SHERIFF OF ST.LOUIS COUNTY FOR SERVICE UPON DEFENDANT.

Respectfully Submitted,

KOLKER & GERMEROTH, LLC

Thomas P. Germeroth, #47611
7730 Carondelet Avenue, Suite 310
Clayton, MO 63105
(314) 727-4529
Fax: (314) 727-8529

Attorney for Plaintiff

{497765 / 110089}

IN THE CIRCUIT COURT OF ST LOUIS COUNTY
STATE OF MISSOURI

AMON WEST

    Plaintiff,

v.

CITY OF HAZELWOOD, MISSOURI

    Serve: Edwin Carlstrom
           1186 Teson Rd.
           Hazelwood, MO 63042
and

HEATHER WRIGHT, Individually and in her
official capacity for acts done under color of
state law in conjunction with police officers of
the City of Hazelwood, Missouri

    Serve: 415 Elm Grove Ln
           Hazelwood, MO 63042

    Defendants.



## PETITION

    COMES NOW Plaintiff, by and through counsel, and for his Petition against

Defendants, states as follows:

    1.      This Court has personal jurisdiction over Defendants, as Defendants

are residents and citizens of political subdivisions of the State of Missouri.

    2.      This action is brought for damages under 42 U.S.C. §1983 in regards

to violations by Defendants of rights secured by Plaintiff by the Fourth and

Fourteenth Amendments to the United States Constitution. Attorney's fees and costs are sought pursuant to 42 U.S.C. §1988.

3.     Defendant City of Hazelwood, ("Hazelwood") is a municipality incorporated under the laws of the State of Missouri.

4.     Defendant Heather Wright was a duly appointed and acting officer of the City of Hazelwood Police Department, acting under color of law, to wit under color of the statutes, ordinances, regulations, policies, customs and procedures of the State of Missouri and/or City of Hazelwood, Missouri.

5.     At all times pertinent herein, Defendant City of Hazelwood, Missouri acted by and through its policymakers and agents and acted under color of law in all respects herein.

6.     At all times pertinent herein, Defendant City of Hazelwood, Missouri operated, supervised, controlled, and managed the City of Hazelwood Police Department, and Heather Wright.

7.     Plaintiff Amon West is a resident of St. Louis County, Missouri.

8.     Plaintiff is suing the City of Hazelwood, Missouri, for violations of his constitutional rights committed by police officers and agents of the City of Hazelwood, under color of state laws, statutes, ordinances, policies, regulations, customs, and procedures of the State of Missouri and the City of Hazelwood, Missouri.

9.     Defendant Wright is being sued in her individual capacity, as well as scope of her employment, servitude, and/or agency as a police officer with the City of Hazelwood, Missouri.

10.     Plaintiff demands a trial by jury.

11.     On or about April 28, 2011, Plaintiff was stopped and assaulted by defendant Wright while walking at or near the intersection of Hanley road and Elwyn road, Hazelwood, Missouri.

12.     As a direct and proximate result of the conduct of Defendants as described herein, Plaintiff suffered the following injuries and damages:

     a.  Violation of his constitutional rights under the Fourth and Fourteenth Amendments of the United States Constitution to be free from excessive and unnecessary force, and to be free from unnecessary search and seizure of his person;

     b.  Loss of his physical liberty;

     c.  Personal injuries to his body, including his face, neck, and head;

     d.  Physical pain and suffering, and emotional trauma and suffering requiring the expenditure of money for medical treatment.

13.     The actions of Defendants violated the following clearly established and well settled federal constitutional rights of Plaintiff:

     a.  Freedom from the unreasonable seizure of his person;

     b.  Freedom from the use of excessive, unnecessary, unreasonable and unjustified force against his person;

     c.  Freedom from the failure of the policymakers of the City of Hazelwood, Missouri, in violation of the Fourth and Fourteenth Amendments to the Constitution of the United States to properly

manage, supervise, control and discipline the police department of the City of Hazelwood, Missouri;

14.    The aforesaid constitutional rights have been clearly established and well settled since the ratification of the United States Constitution in 1789 and ratification of the Fourteenth Amendment on July 28, 1868, and are enforceable under 42 U.S.C. §1983 and under *Monroe v. Pate*, 365 U.S. 167 (1961).

15.    Defendant Wright's actions caused violations of Plaintiff's constitutional rights in violation of the Civil Rights Act 42 U.S.C. §1983 et. seq.

16. Plaintiff claims damages for injuries set for under 42 U.S.C. §1983 et. seq. for violation of his constitutional rights under color of law.

17. Prior to April 28, 2011, City of Hazelwood developed and maintained policies or customs exhibiting deliberate indifference to the constitutional rights of persons in City of Hazel wood, which caused violation of Plaintiff's rights.

18. City of Hazelwood conducted police activity under color of law on behalf of the City of Hazelwood, including the powers of arrest, search, seizure, and detention in violation of the Fourth Amendment, and Fourteenth Amendment.

19. It was the custom and policy of City of Hazelwood to fail to properly hire, train, supervise or discipline its police officer, thereby failing to adequately discourage further constitutional violations on the part of its police officers.

20. As a result of the above described policies and customs, police officers of City of Hazelwood, including Defendant Wright, believed that their actions would not be properly monitored by supervisory officers and that misconduct would not be investigated or sanctioned, but would be tolerated.

21. The above described policies and customs demonstrated a deliberate indifference on the part of policymakers of City of Hazelwood to the constitutional rights of persons within the City, and were the cause of violations of Plaintiff's rights herein.

22. Plaintiff seeks recovery for all injuries and damages set forth herein, under 42 U.S.C. §1983, including reasonable attorney's fees and expert witness fees pursuant to 42 U.S.C. §1988.

WHEREFORE, Plaintiff prays for judgment against Defendants for actual and compensatory damages in the amount to be determined by a jury as fair and reasonable, and for reasonable attorney's fees pursuant to 42 U.S.C. §1988, as well as costs and other relief deemed as just and proper under the circumstances.

Respectfully submitted,
KOLKER & GERMEROTH, LLC

THOMAS P. GERMEROTH, #47611
7730 Carondelet, Suite 310
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
Attorneys for Plaintiff